IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JACQUELYNNE SUZZANNE SIMMONS,

    Plaintiff,

v.                                           CASE NO. 1:09-cv-00077-MP-AK

CMH PARKS, INC.,

    Defendant.

_____/

### O R D E R

This matter is before the Court following an April 10, 2009, telephonic hearing. On March 26, 2009, this case was removed by Defendant from state court. On April 9, 2009, Plaintiff filed a motion in state court to add a party to her complaint. Plaintiff had a copy of the motion hand-delivered to this Court, but the motion was not filed. At the hearing, Plaintiff's counsel stated that he would refile the motion in this Court. On April 13, 2009, Plaintiff filed the motion at Doc. 6. As stated at the hearing, Defendant has ten days to respond to the motion.

**DONE AND ORDERED** this   *14th* day of April, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge