IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JACQUELYNNE SUZZANNE SIMMONS,

    Plaintiff,

v.                                            CASE NO. 1:09-cv-00077-MP-AK

CMH PARKS, INC.,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 20, Notice of Settlement filed by Plaintiff. In the Notice, the Plaintiff indicates that parties have settled all the issues in this case, and that the state court and the parties have complied or will comply with all applicable requirements. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

Pursuant to the Notice of Settlement, Doc. 20, this case is dismissed with prejudice. The Court retains jurisdiction for 90 days, however, to ensure that settlement is effected.

**DONE AND ORDERED** this _18th_ day of August, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge